UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

INTERMEDCORP, INC.,                              Chapter 7
                                                       Case No. 12-63510-TJT
          Debtor.                                Hon. Thomas J. Tucker
_____/

**Trustee's Report of Undisclosed Assets**

         Pursuant to E.D. Mich. LBR 2015, the Trustee hereby reports that the Trustee, through his counsel, discovered the following undisclosed assets:

1.       Debtor failed to disclose on Schedule B an account receivable owed to the debtor by Joanne Ortolan in the amount of $18,617.86.

2.       Debtor failed to disclose on Schedule B an account receivable owed to the debtor by John Micallef in the amount of $11,506.79.

         This report is for informational purposes only. No response is permitted.

                                                               Respectfully Submitted,

Dated: February 26, 2013                        /s/ Gene R. Kohut
                                                              Gene R. Kohut (P47413)
                                                              The Chapter 7 Trustee
                                                              21 Kercheval Avenue, #285
                                                              Grosse Pointe Farms, MI 48236-3698
                                                              (313) 886-9765
                                                              gene@gktrustee.com

H:\GLM CLIENTS - CH7 2005\Intermedcorp, Inc. (Kohut)\Report of Undisclosed Assets.pks.wpd