UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                      Chapter 11

Intermedcorp, Inc.,                             Case No. 12-63510-tjt

                            Debtor.                             Hon. Thomas J. Tucker

### NOTICE OF APPEARANCE ON BEHALF OF BIRMINGHAM ROYAL OAK MEDICAL CENTER, P.C.

Robert N. Bassel hereby enters an appearance on behalf of BIRMINGHAM ROYAL OAK MEDICAL CENTER, P.C. and requests copies of all filings in this matter, without submitting to jurisdiction, waiving any defenses and with reserving all rights.

Respectfully submitted,

/s/ Robert Bassel
Robert N. Bassel P48420
Attorney for Birmingham Royal Oak Medical Center, PC
P.O. Box T
Clinton, MI 49236
248.835.7683
bbassel@gmail.com

Dated: 3/6/2013

### PROOF OF SERVICE

On 3/6/2013 I served, or caused to be served, a copy of the above document upon counsel of record by email through the ECF system.

                                          /s/ Robert Bassel
                                          Robert N. Bassel P48420