# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                     Case No. 12-63510-tjt
                                                                                       Chapter 7
INTERMEDCORP, INC.,                                Hon. Thomas J. Tucker

            Debtor.

_____

## ORDER GRANTING RELIEF FROM AUTOMATIC
## STAY IN COURT OF APPEALS DOCKET NOS. 308994 AND 311708

THIS MATTER having come before the Court upon the stipulation (the "Stipulation") of Gene R. Kohut, Chapter 7 Trustee (the "Chapter 7 Trustee"), and the Birmingham Royal Oak Medical Group ("BROMG"), and the Court being fully advised in the premises;

IT IS ORDERED that the automatic stay provision of 11 USC § 362(a) of the Bankruptcy Code is hereby lifted with respect to proceedings in the Michigan Court of Appeals in the case entitled Birmingham Royal Oak Medical Group PC v. InterMedCorp, Inc., Court of Appeals Nos. 308994 and 311708, Wayne County Circuit Court No. 10-008437-CK (the "Action").

IT IS FURTHER ORDERED that in the event that the Court of Appeals reverses the trial court's Dismissal of Plaintiff's claims, such that the Action is remanded to Wayne County Circuit Court for trial of the claims by Plaintiff BROMG against the Defendant Intermedcorp, Inc. (Debtor), the trial court proceedings against the Debtor in such matter are stayed until further order of this Court.
.

**Signed on April 24, 2013**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge