UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In re: Intermedcorp, Inc.　　　　　　　　　　　　　　　　　　No; 12-63510-tjt

MEDIATOR'S CERTIFICATION

AND

REPORT OF SETTLEMENT

After a Mediation Conference held on June 5, 2014, the parties reported to the Mediator that the Motion for Entry of Order Authorizing Trustee to Compromise Claims (Docket entry #63) has been settled.

The parties will present a stipulated order resolving the Motion before the June 30, 2014 evidentiary hearing.

Respectfully submitted,

_____
Ray Reynolds Graves
U.S. BANKRUPTCY JUDGE (ret.)
269 Walker St. Suite 537
Detroit, MI 48207
(313) 656-2160
jrrg@aol.com