UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

INTERMEDCORP, INC.,

    Debtor.
_____/

Chapter 7
Case No. 12-63510-TJT
Hon. Thomas J. Tucker

## NOTICE OF PENDING SETTLEMENT PURSUANT TO E.D. Mich. LBR 9019-1

    PLEASE TAKE NOTICE that the parties have agreed to compromise and settle the Corrected Joint Objections of Creditors Birmingham Royal Oak Medical Group and Carson City Hospital, docket number 67, filed on August 26, 2013 (the "Objection"), subject only to final documentation and court approval of the same.

    PLEASE TAKE FURTHER NOTICE that the evidentiary hearing scheduled for Monday, June 30, 2014 is no longer required in this matter and the parties intend to file a stipulation and proposed order resolving all matters relating to the Objection within the next fourteen (14) days.

                                                GOLD, LANGE & MAJOROS, P.C.

Dated: June 27, 2014                    */s/ Scott Dewey*
                                             Attorney for Plaintiff (P73327)
                                             24901 Northwestern Highway, Suite 444
                                             Southfield, MI 48075-2204
                                             Phone: (248) 350-8220
                                             Fax:    (248) 350-0519
                                             E-mail: sdewey@glmpc.com

H:\SAG TRUSTEE CASES\Rinaldi, Robert & Michelle\Preference\Notice of Settlement.svd.wpd