UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

INTERMEDCORP, INC.,            Chapter 7
                                                    Case No. 12-63510-TJT
        Debtor.                             Honorable Thomas J. Tucker
_____/

GENE R. KOHUT, Trustee

        Plaintiff,

                                                    Adversary Proceeding
v.                                                   No. 13-04302-TJT

JOANNE L. ORTOLAN,

        Defendant.
_____/

## ORDER REOPENING ADVERSARY PROCEEDING

This matter having come before the court for the purpose of effectuating the terms of the July 3, 2014, Order Resolving Joint Objections of Creditors Birmingham Royal Oak Medical Group and Carson City Hospital and Authorizing Trustee to Compromise Claims (docket no. 94) ("Settlement Order"); and this court being otherwise duly advised in the premises:

        IT IS ORDERED that the above captioned adversary proceeding is reopened.

.

**Signed on August 13, 2014**

                                                  _____/s/ Thomas J. Tucker_____
                                                  Thomas J. Tucker
                                                  United States Bankruptcy Judge