| Case No.: | 12-63510 | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERMEDCORP, INC. | Date Filed (f) or Converted (c): | 10/22/2012 (f) |
| For the Period Ending: | 09/30/2014 | §341(a) Meeting Date: | 11/29/2012 |
| | | Claims Bar Date: | 06/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | COMERICA BANK CHECKING | $100.00 | $4,216.27 | | $4,216.27 | FA |
| 2 | VARIOUS OFFICE ART LOCATION: 17197 LAUREL PARK SUITE 521, LIVONIA MI 48152 | $600.00 | $0.00 | | $0.00 | FA |
| 3 | MISC A/R | $4,000.00 | $0.00 | | $0.00 | FA |
| 4 | SERVERS, COMPUTERS, OFFICE DESK, MISC OFFICE FURNITURE LOCATION: 17197 LAUREL PARK SUITE 521, LIVONIA MI 48152 | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | JUDGMENT | $90,000.00 | $0.00 | | $0.00 | FA |
| 6 | ACCOUNT RECEIVABLE OWED TO THE DEBTOR BY JOANNE ORTOLAN IN THE AMOUNT OF $18,617.86 (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | See Asset #9 | | | | | |
| 7 | ACCOUNT RECEIVABLE OWED TO THE DEBTOR BY JOHN MICALLEF IN THE AMOUNT OF $11,506.79 (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | See Asset #9 | | | | | |
| 8 | CLAIM AGAINST JOANNE L. ORTOLAN (u) | Unknown | $18,617.00 | | $0.00 | FA |
| Asset Notes: | Adversary case 13-04302; See Asset #9 | | | | | |
| 9 | CLAIMS AGAINST JOANNE L. ORTOLAN, JOHN MICALLEF AND PROMED CONSULTING GROUP, INC. (u) | Unknown | $12,000.00 | | $11,000.00 | $1,000.00 |
| Asset Notes: | adversary proceeding case no. 13-04354-tjt | | | | | |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| $99,700.00 | $34,833.27 | | $15,216.27 | $1,000.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 09/30/2014 | Awaiting last payment (correcting NSF) then counsel to review claims |
|---|---|
| 08/29/2014 | Counsel investigated the debtor's financial affairs for potential recoveries and assets. Counsel filed two (2) complaints against former officers. Motions to compromise claims were approved. Counsel is working on resolving claims and case closing issues. |
| 04/25/2014 | Order Appointing Mediator (Regarding The Chapter 7 Trustee's Motion For Entry Of Order Authorizing Trustee To Compromise Claims) - Ray Reynolds Graves is appointed as Mediator; Mediation to be completed by 06/20/2014 . (Mum, J) |
| 01/10/2014 | Further Order Regarding the Chapter 7 Trustee's Motion for Order Authorizing Trustee to Compromise Claims (RE: related document(s)61 Application to Compromise/Settle Controversy filed by Trustee Gene R. Kohut). Hearing to be held on 4/23/2014 at 10:00 AM Courtroom 1925 |

| Case No.: | 12-63510 | | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | INTERMEDCORP, INC. | | | Date Filed (f) or Converted (c): | 10/22/2012 (f) |
| For the Period Ending: | 09/30/2014 | | | §341(a) Meeting Date: | 11/29/2012 |
| | | | | Claims Bar Date: | 06/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |

| | |
| --- | --- |
| 09/27/2013 | Creditors Birmingham Royal Oak Medical Group and Carson City Hospital are granted leave to conduct discovery regarding the Motion. Such discovery must be completed no later than December 23, 2013.<br><br>The Court will hold a further, non-evidentiary hearing on the Motion on January 8, 2014 at 10:00 a.m. |
| 08/29/2013 | Notice of Hearing on (RE: related document(s)61 Application to Compromise/Settle Controversy filed by Trustee Gene R. Kohut) Hearing to be held on 9/11/2013 at 09:00 AM Courtroom 1925 for 61, (Vozniak, Mary) (Entered: 08/22/2013) |
| 04/02/2013 | Adversary case 13-04354. (11 (Recovery of money/property - 542 turnover of property)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Complaint by Gene R. Kohut against John Micallef. Receipt Number DEFERRED, Fee Amount of $ 293 is Deferred. (Majoros, Elias) |
| 03/22/2013 | Adversary case 13-04302. (11 (Recovery of money/property - 542 turnover of property)): Complaint by Gene R. Kohut against Joanne L. Ortolan. Receipt Number DEFERRED, Fee Amount of $ 293 is Deferred. (Majoros, Elias) |
| 02/19/2013 | Continuance of Meeting of Creditors on 2/28/2013 at 09:00 AM |
| 02/04/2013 | Motion to Compel John Micallef and Joanne L. Ortolan To Turnover Records Of The Debtor , Proposed Order, Notice and Opportunity For Hearing and Certificate of Service Filed by Trustee Gene R. Kohut (Majoros, Elias) |
| 02/01/2013 | Motion for 2004 Examination and Production of Documents of Promed Consulting Group, Inc. Pursuant to Fed. R. Bankr. P. 2004, Proposed Order, Notice and Opportunity to Respond, and Certificate of Service Filed by Trustee Gene R. Kohut (Majoros, Elias) |

| | | | |
| --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2015 | /s/ GENE R. KOHUT, TRUSTEE | |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2015 | GENE R. KOHUT, TRUSTEE | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 12-63510 | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERMEDCORP, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3348 | Checking Acct #: | ******1826 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING |
| For Period Beginning: | 10/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2013 | (1) | COMERICA BANK | TURNOVER OF BANK ACCOUNT BALANCE | 1149-000 | $4,216.27 | | $4,216.27 |
| 04/09/2013 | 1001 | CORE LITIGATION SUPPORT | INVOICE NO. 77209 Attendance Fee for Deposition of Joanne Ortolan | 2990-000 | | $167.50 | $4,048.77 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.41 | $4,046.36 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.46 | $4,039.90 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.51 | $4,033.39 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.29 | $4,027.10 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,017.10 |
| 08/04/2013 | (9) | JOHN MICALLEF | COMPROMISE P/O 07/31/13 | 1249-000 | $7,000.00 | | $11,017.10 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.94 | $11,001.16 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.17 | $10,983.99 |
| 10/08/2013 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/31/13 | 1249-000 | $1,000.00 | | $11,983.99 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.78 | $11,965.21 |
| 11/12/2013 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/31/13 | 1249-000 | $1,000.00 | | $12,965.21 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.35 | $12,945.86 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.89 | $12,924.97 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.85 | $12,904.12 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.80 | $12,885.32 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.79 | $12,864.53 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.08 | $12,844.45 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.72 | $12,823.73 |
| 06/02/2014 | 1002 | The Graves Group, LLC | Mediation Fee | 2990-000 | | $200.00 | $12,623.73 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.80 | $12,603.93 |
| 07/30/2014 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/31/13 | 1249-000 | $1,000.00 | | $13,603.93 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.33 | $13,583.60 |
| 08/27/2014 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/31/13 | 1249-000 | $1,000.00 | | $14,583.60 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.65 | $14,561.95 |
| 09/15/2014 | (9) | JOANNE L ORTOLAN | NSF | 1249-000 | $1,000.00 | | $15,561.95 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.89 | $15,540.06 |
| | | | SUBTOTALS | | $16,216.27 | $676.21 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 12-63510 | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | INTERMEDCORP, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3348 | Checking Acct #: | ******1826 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING |
| For Period Beginning: | 10/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | TOTALS: | | | $16,216.27 | $676.21 | $15,540.06 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $16,216.27 | $676.21 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $16,216.27 | $676.21 | |

**For the period of 10/01/2013 to 09/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $443.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $443.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2013 to 9/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $676.21 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $676.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 12-63510 |
| Case Name: | INTERMEDCORP, INC. |
| Primary Taxpayer ID #: | **-***3348 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2013 |
| For Period Ending: | 09/30/2014 |

| | |
|---|---|
| Trustee Name: | GENE R. KOHUT, TRUSTEE |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1826 |
| Account Title: | CHECKING |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $16,216.27 | $676.21 | $15,540.06 |

**For the period of 10/01/2013 to 09/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $443.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $443.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2013 to 9/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $676.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $676.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GENE R. KOHUT, TRUSTEE

GENE R. KOHUT, TRUSTEE