## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-63510-TJT |
| | § | |
| INTERMEDCORP, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GENE R. KOHUT, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 W. Fort Street, Detroit, MI 48226.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days after the date of service of this notice pursuant to Fed. R. Bankr. P. 9006(a), upon the trustee, any party whose application is being challenged and to the United States Trustee. If a response or answer is timely filed and served, the clerk will schedule a hearing and the objecting party will be served with a notice of the date, time and location of the hearing. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: _____     By: /s/ GENE R. KOHUT, TRUSTEE
                                  Trustee

GENE R. KOHUT, TRUSTEE
21 KERCHEVAL AVENUE
GROSSE POINTE FARMS, MI, 48236

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| In re: | § | Case No. 12-63510-TJT |
|  | § |  |
| INTERMEDCORP, INC. | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     <u>$16,216.27</u>
*and approved disbursements of*     <u>$723.42</u>
*leaving a balance on hand of[1] :*     <u>$15,492.85</u>

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | IRS - SBSE/Insolvency Unit | $13,483.19 | $13,483.19 | $0.00 | $6,604.07 |

Total to be paid to secured creditors:     $6,604.07
Remaining balance:     $8,888.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GENE R. KOHUT, TRUSTEE, Trustee Fees *The Trustee voluntarily reduced his fees from $2,371.63 to $1,608.00* | $1,608.00 | $0.00 | $1,608.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee Fees *The Attorneys for Trustee voluntarily reduced their fees from $25,823.00 to $6,500.00* | $6,500.00 | $0.00 | $6,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee Expenses | $194.78 | $0.00 | $194.78 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $586.00 | $0.00 | $586.00 |

Total to be paid for chapter 7 administrative expenses: $8,888.78
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $979,671.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Carson City Health System | $756,878.72 | $0.00 | $0.00 |
| 3 | Birmingham Royal Oak Medical | $186,122.84 | $0.00 | $0.00 |
| 5 | LOP III HOLDING COMPANY, LLC | $36,669.70 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:      $0.00
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00
Remaining balance:      $0.00

Prepared By:   /s/ GENE R. KOHUT, TRUSTEE
               Trustee

GENE R. KOHUT, TRUSTEE
21 KERCHEVAL AVENUE
GROSSE POINTE FARMS, MI, 48236

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.