# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 12-63510-TJT
§
INTERMEDCORP, INC. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GENE R. KOHUT, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 W. Fort Street, Detroit, MI 48226.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days after the date of service of this notice pursuant to Fed. R. Bankr. P. 9006(a), upon the trustee, any party whose application is being challenged and to the United States Trustee. If a response or answer is timely filed and served, the clerk will schedule a hearing and the objecting party will be served with a notice of the date, time and location of the hearing. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: _____ By: /s/ GENE R. KOHUT, TRUSTEE
Trustee

GENE R. KOHUT, TRUSTEE
21 KERCHEVAL AVENUE
GROSSE POINTE FARMS, MI, 48236

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 12-63510-TJT
§
INTERMEDCORP, INC. §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $16,216.27
*and approved disbursements of*     $723.42
*leaving a balance on hand of[1]:*     $15,492.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | IRS - SBSE/Insolvency Unit | $13,483.19 | $13,483.19 | $0.00 | $6,604.07 |

Total to be paid to secured creditors:     $6,604.07
Remaining balance:     $8,888.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GENE R. KOHUT, TRUSTEE, Trustee Fees<br>*The Trustee voluntarily reduced his fees from $2,371.63 to $1,608.00* | $1,608.00 | $0.00 | $1,608.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee Fees<br>*The Attorneys for Trustee voluntarily reduced their fees from $25,823.00 to $6,500.00* | $6,500.00 | $0.00 | $6,500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee Expenses | $194.78 | $0.00 | $194.78 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $586.00 | $0.00 | $586.00 |

            Total to be paid for chapter 7 administrative expenses:     $8,888.78
                                    Remaining balance:     $0.00

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

           Total to be paid to prior chapter administrative expenses:     $0.00
                                    Remaining balance:     $0.00

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

                            Total to be paid to priority claims:     $0.00
                                    Remaining balance:     $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $979,671.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Carson City Health System | $756,878.72 | $0.00 | $0.00 |
| 3 | Birmingham Royal Oak Medical | $186,122.84 | $0.00 | $0.00 |
| 5 | LOP III HOLDING COMPANY, LLC | $36,669.70 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ GENE R. KOHUT, TRUSTEE
Trustee

GENE R. KOHUT, TRUSTEE
21 KERCHEVAL AVENUE
GROSSE POINTE FARMS, MI, 48236

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                                 Case No. 12-63510-tjt
Intermedcorp, Inc.                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: clewi               Page 1 of 2              Date Rcvd: Dec 22, 2014
                              Form ID: pdf02            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2014.
```
db           +Intermedcorp, Inc.,   17197 Laurel Park,   Suite 521,   Livonia, MI 48152-2686
aty          +LOP III Holding Company, LLC,   C/O Silverman & Morris, PLLC,   30500 Northwestern Hwy.,
               Suite 200,   Farmington Hills, MI 48334-3177
cr           +Dickinson Wright,   c/o James A. Plemmons,   500 Woodward Avenue,   Suite 4000,
               Detroit, MI 48226-5403
21969184     +Birmingham Royal Oak Medical,   c/o Robert Bassel,   POBox T,   Clinton, MI 49236-0018
22014144     +C/O Karin F. Avery, Esq.,   Silverman & Morris, PLLC,   30500 Northwestern Hwy., Suite 200,
               Farmington Hills, MI 48334-3177
21757109     +Carson City Health System,   Carson City Hospital,   406 E. Elm Street,
               Carson City, MI 48811-9780
21565884     +Dickinson Wright,   500 Woodward Ave.,   Suite 4000,   Detroit, MI 48226-5403
21675529     +Dickinson Wright PLLC,   c/o James A. Plemmons, Esq.,   500 Woodward Avenue, Suite 4000,
               Detroit, Michigan 48226-5403
21565885     +Friedman Management Company,   34975 W. Twelve Mile Rd,   Suite 100,
               Farmington, MI 48331-3275
22014193     +LOP III HOLDING COMPANY, LLC,   Silverman & Morris, PLLC,   30500 Northwestern Hwy., #200,
               Farmington Hills, MI 48334-3177
22014148     +c/o Silverman & Morris, PLLC,   30500 Northwestern Hwy., Suite 200,
               Farmington Hills, MI 48334-3177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21565886      E-mail/Text: cio.bncmail@irs.gov Dec 22 2014 22:46:25     IRS - SBSE/Insolvency Unit,
               Box 330500-Stop 15,   Detroit, MI 48232
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Birmingham Royal Oak Medical Center, P.C.
cr            Birmingham Royal Oak Medical Group
cr            Carson City Hospital
21565887      TDS
cr*          +LOP III Holding Company, LLC,   c/o Silverman & Morris, PLLC,   30500 Northwestern Hwy.,
               Suite 200,   Farmington Hills, MI 48334-3177
                                                                                 TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2014                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
```
              Dirk H. Beckwith    on behalf of Interested Party   Birmingham Royal Oak Medical Center, P.C.
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor   Carson City Hospital dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Creditor   Birmingham Royal Oak Medical Group
               dbeckwith@fosterswift.com
              Elias T. Majoros    on behalf of Trustee Gene R. Kohut emajoros@glmpc.com
              Elias T. Majoros    on behalf of Plaintiff Gene R. Kohut emajoros@glmpc.com
              Gene R. Kohut    ecftrustee@gktrustee.com, GK@trustesolutions.com;gk@trustesolutions.net
              James A. Plemmons    on behalf of Creditor   Dickinson Wright jplemmons@dickinsonwright.com
              Karin F. Avery    on behalf of Creditor   LOP III Holding Company, LLC Avery@SilvermanMorris.com
              Karin F. Avery    on behalf of Attorney   LOP III Holding Company, LLC Avery@SilvermanMorris.com
              Nicholas T. Chapie    on behalf of Debtor   Intermedcorp, Inc. nchapie@stroblpc.com,
               kvanakin@stroblpc.com
              Ray Reynolds Graves    on behalf of Trustee Gene R. Kohut jrrg@aol.com
              Robert N. Bassel    on behalf of Interested Party   Birmingham Royal Oak Medical Center, P.C.
               bbassel@gmail.com,    robertbassel@hotmail.com
              Scott V. Dewey    on behalf of Trustee Gene R. Kohut sdewey@glmpc.com,    dlynch@glmpc.com
              Scott V. Dewey    on behalf of Plaintiff Gene R. Kohut sdewey@glmpc.com,    dlynch@glmpc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 14