# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**In The Matter Of:**

INTERMEDCORP, INC.                           Case No. 12-63510-TJT
                                                              Chapter 7
                                                              Judge Thomas J. Tucker

                 Debtor.
_____/

## ORDER AUTHORIZING PAYMENT OF
## FINAL FEES AND EXPENSES TO THE TRUSTEE

This case is before the Court on the Final Report for allowance of professional fees and reimbursement of expenses to the Trustee, and the Court being fully advised in the premises;

IT IS ORDERED that the Trustee is authorized and directed to pay to Gene R. Kohut, Trustee, the sum of $1,608.00 as reasonable compensation and $0.00 for expenses for services rendered to this Estate.

.

**Signed on January 23, 2015**

                                                      _____/s/ Thomas J. Tucker_____
                                                      Thomas J. Tucker
                                                      United States Bankruptcy Judge