UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

INTERMEDCORP, INC.,             Chapter 7
           Case No. 12-63510-TJT
          Debtor.             Judge Thomas J. Tucker
_____/

**ORDER GRANTING FIRST AND FINAL FEE
APPLICATION OF GOLD & MAJOROS, P.C. FOR
SERVICES RENDERED AS ATTORNEYS FOR TRUSTEE**

This case is before the Court on the First and Final Fee Application of Gold & Majoros, P.C. for Services Rendered as Attorneys for Trustee. Notice of the Application was provided to the matrix of creditors. No objections to the Application have been timely filed or served. The Court being otherwise fully advised in the premises:

IT IS ORDERED that Gold & Majoros, P.C., attorneys for Trustee, is awarded fees for the period January 31, 2013, through October 31, 2014, in the voluntarily reduced amount of $6,500.00 and expenses in the amount of $194.78 for a total amount of $6,694.78.

.

**Signed on January 23, 2015**

                                       /s/ Thomas J. Tucker
                                       Thomas J. Tucker
                                       United States Bankruptcy Judge