**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In The Matter Of: | In Bankruptcy: |
|---|---|
| INTERMEDCORP, INC. | Case No. 12-63510-TJT |
| | Chapter 7 |
| Debtor(s).             / | Hon. THOMAS J. TUCKER |

## CERTIFICATE OF DISTRIBUTION

Gene R. Kohut, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $16,216.27 and disbursed $723.42, leaving a balance on hand of $15,492.85, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| GENE R. KOHUT, TRUSTEE Fee P/O 01/23/15 | $1,608.00 | 67.80% | $1,608.00 |
| UNITED STATES BANKRUPTCY COURT | $586.00 | 100.00% | $586.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorneys for Trustee Fees P/O 01/23/15 | $6,500.00 | 100.00% | $6,500.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorneys for Trustee Expenses P/O 01/23/15 | $194.78 | 100.00% | $194.78 |
| | | Subtotal: | $8,888.78 |

| Secured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| 4   IRS - SBSE/Insolvency Unit | $13,483.19 | 48.98% | $6,604.07 |
| | | Subtotal: | $6,604.07 |
| | | Total: | $15,492.85 |

There are no funds to pay any lower class of claim.

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: January 24, 2015         /s/ GENE R. KOHUT [P47413]
                                Gene R. Kohut, Chapter 7 Trustee
                                21 Kercheval Avenue, Suite 285
                                Grosse Pointe Farms, MI 48236
                                Phone: (313) 886-9765
                                E-mail: ecftrustee@gktrustee.com