UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-63510-TJT |
| | § | |
| INTERMEDCORP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GENE R. KOHUT, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $99,600.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $6,604.07 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $9,612.20 | | |

3) Total gross receipts of $16,216.27 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,216.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $76,060.00 | $13,483.19 | $6,604.07 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $29,698.83 | $10,375.83 | $9,612.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $16,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $125,302.50 | $1,090,338.09 | $979,671.26 | $0.00 |
| **Total Disbursements** | $141,302.50 | $1,196,096.92 | $1,003,530.28 | $16,216.27 |

4). This case was originally filed under chapter 7 on 10/22/2012. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2015      By:    /s/ GENE R. KOHUT, TRUSTEE
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| COMERICA BANK CHECKING | 1149-000 | $4,216.27 |
| CLAIMS AGAINST JOANNE L. ORTOLAN, JOHN MICALLEF AND PROMED CONSULTING GROUP, INC. | 1249-000 | $12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,216.27** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dickinson Wright PLLC | 4210-000 | $0.00 | $62,576.81 | $0.00 | $0.00 |
| 4 | IRS - SBSE/Insolvency Unit | 4700-000 | $0.00 | $13,483.19 | $13,483.19 | $6,604.07 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$76,060.00** | **$13,483.19** | **$6,604.07** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GENE R. KOHUT, TRUSTEE, Trustee | 2100-000 | NA | $2,371.63 | $2,371.63 | $1,608.00 |
| Bank of Texas | 2600-000 | NA | $355.92 | $355.92 | $355.92 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | $586.00 | $586.00 | $586.00 |
| CORE LITIGATION SUPPORT | 2990-000 | NA | $167.50 | $167.50 | $167.50 |
| The Graves Group, LLC | 2990-000 | NA | $200.00 | $200.00 | $200.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee | 3210-000 | NA | $25,823.00 | $6,500.00 | $6,500.00 |
| GOLD, LANGE & MAJOROS, P.C., Attorney for Trustee | 3220-000 | NA | $194.78 | $194.78 | $194.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$29,698.83** | **$10,375.83** | **$9,612.20** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Holding Unsecured Priority Claims | 5800-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,000.00 | $0.00 | $0.00 | $0.00 |


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Dickinson Wright PLLC | 7100-000 | $0.00 | $86,885.81 | $0.00 | $0.00 |
| 2 | Carson City Health System | 7100-000 | $0.00 | $766,782.58 | $756,878.72 | $0.00 |
| 3 | Birmingham Royal Oak Medical | 7100-000 | $0.00 | $200,000.00 | $186,122.84 | $0.00 |
| 5 | LOP III HOLDING COMPANY, LLC | 7100-000 | $0.00 | $36,669.70 | $36,669.70 | $0.00 |
| | Creditors Holding Unsecured Nonpriority Claims | 7100-000 | $125,302.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $125,302.50 | $1,090,338.09 | $979,671.26 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-63510-TJT | **Trustee Name:** | | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | INTERMEDCORP, INC. | **Date Filed (f) or Converted (c):** | | 10/22/2012 (f) |
| **For the Period Ending:** | 6/17/2015 | **§341(a) Meeting Date:** | | 11/29/2012 |
| | | **Claims Bar Date:** | | 06/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | COMERICA BANK CHECKING | $100.00 | $4,216.27 | | $4,216.27 | FA |
| 2 | VARIOUS OFFICE ART LOCATION: 17197 LAUREL PARK SUITE 521, LIVONIA MI 48152 | $600.00 | $0.00 | | $0.00 | FA |
| 3 | MISC A/R | $4,000.00 | $0.00 | | $0.00 | FA |
| 4 | SERVERS, COMPUTERS, OFFICE DESK, MISC OFFICE FURNITURE LOCATION: 17197 LAUREL PARK SUITE 521, LIVONIA MI 48152 | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | JUDGMENT | $90,000.00 | $0.00 | | $0.00 | FA |
| 6 | ACCOUNT RECEIVABLE OWED TO THE DEBTOR BY JOANNE ORTOLAN IN THE AMOUNT OF $18,617.86 (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Asset #9 | | | | | |
| 7 | ACCOUNT RECEIVABLE OWED TO THE DEBTOR BY JOHN MICALLEF IN THE AMOUNT OF $11,506.79 (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | See Asset #9 | | | | | |
| 8 | CLAIM AGAINST JOANNE L. ORTOLAN (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Adversary case 13-04302; See Asset #9 | | | | | |
| 9 | CLAIMS AGAINST JOANNE L. ORTOLAN, JOHN MICALLEF AND PROMED CONSULTING GROUP, INC. (u) | Unknown | $12,000.00 | | $12,000.00 | FA |
| **Asset Notes:** | adversary proceeding case no. 13-04354-tjt | | | | | |

**TOTALS (Excluding unknown value)**                                  **Gross Value of Remaining Assets**

                              **$99,700.00**          **$16,216.27**                                **$16,216.27**          **$0.00**

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2015 | /s/ GENE R. KOHUT, TRUSTEE | |
| **Current Projected Date Of Final Report (TFR):** | 12/12/2014 | GENE R. KOHUT, TRUSTEE | |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-63510-TJT | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | INTERMEDCORP, INC. | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3348 | **Checking Acct #:** | ******1826 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | CHECKING |
| **For Period Beginning:** | 10/22/2012 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 6/17/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/21/2013 | (1) | COMERICA BANK | TURNOVER OF BANK ACCOUNT BALANCE | 1149-000 | $4,216.27 | | $4,216.27 |
| 04/09/2013 | 1001 | CORE LITIGATION SUPPORT | INVOICE NO. 77209<br>Attendance Fee for Deposition of Joanne Ortolan | 2990-000 | | $167.50 | $4,048.77 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.41 | $4,046.36 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.46 | $4,039.90 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.51 | $4,033.39 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.29 | $4,027.10 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,017.10 |
| 08/04/2013 | (9) | JOHN MICALLEF | COMPROMISE P/O 07/03/14 | 1249-000 | $7,000.00 | | $11,017.10 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.94 | $11,001.16 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.17 | $10,983.99 |
| 10/08/2013 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/03/14 | 1249-000 | $1,000.00 | | $11,983.99 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.78 | $11,965.21 |
| 11/12/2013 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/03/14 | 1249-000 | $1,000.00 | | $12,965.21 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.35 | $12,945.86 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.89 | $12,924.97 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.85 | $12,904.12 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.80 | $12,885.32 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.79 | $12,864.53 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.08 | $12,844.45 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.72 | $12,823.73 |
| 06/02/2014 | 1002 | The Graves Group, LLC | Mediation Fee | 2990-000 | | $200.00 | $12,623.73 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.80 | $12,603.93 |
| 07/30/2014 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/03/14 | 1249-000 | $1,000.00 | | $13,603.93 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.33 | $13,583.60 |
| 08/27/2014 | (9) | JOANNE L ORTOLAN | COMPROMISE P/O 07/03/14 | 1249-000 | $1,000.00 | | $14,583.60 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.65 | $14,561.95 |
| 09/15/2014 | (9) | JOANNE L ORTOLAN | NSF | 1249-000 | $1,000.00 | | $15,561.95 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.89 | $15,540.06 |
| 10/07/2014 | (9) | DEP REVERSE: JOANNE L ORTOLAN | NSF | 1249-000 | ($1,000.00) | | $14,540.06 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.46 | $14,516.60 |
| 11/07/2014 | (9) | TALMER BANK & TRUST | COMPROMISE P/O 07/03/14<br>(to correct NSF) | 1249-000 | $1,000.00 | | $15,516.60 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.75 | $15,492.85 |
| 01/24/2015 | 1003 | GENE R. KOHUT, TRUSTEE | Trustee Compensation P/O 01/23/15 | 2100-000 | | $1,608.00 | $13,884.85 |
| 01/24/2015 | 1004 | UNITED STATES BANKRUPTCY COURT | Distribution on Claim #: ; Notes: Cost for (2) complaints; | 2700-000 | | $586.00 | $13,298.85 |
| | | | | **SUBTOTALS** | $16,216.27 | $2,917.42 | |

Page No: 2
Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-63510-TJT | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|
| Case Name: | INTERMEDCORP, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3348 | | Checking Acct #: | ******1826 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING |
| For Period Beginning: | 10/22/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 6/17/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2015 | 1005 | GOLD, LANGE & MAJOROS, P.C. | ATTORNEYS FOR TRUSTEE FEE P/O 01/23/15 | 3210-000 | | $6,500.00 | $6,798.85 |
| 01/24/2015 | 1006 | GOLD, LANGE & MAJOROS, P.C. | ATTORNEYS FOR TRUSTEE EXPENSES P/O 01/23/15 | 3220-000 | | $194.78 | $6,604.07 |
| 01/24/2015 | 1007 | IRS - SBSE/Insolvency Unit | Distribution on Claim #: 4; Notes: ; | 4700-000 | | $6,604.07 | $0.00 |
| | | | TOTALS: | | $16,216.27 | $16,216.27 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $16,216.27 | $16,216.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $16,216.27 | $16,216.27 | |

**For the period of  10/22/2012 to 6/17/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,216.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $16,216.27 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2013 to 6/17/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,216.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $16,216.27 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-63510-TJT | | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|
| **Case Name:** | INTERMEDCORP, INC. | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3348 | | **Checking Acct #:** | ******1826 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | CHECKING |
| **For Period Beginning:** | 10/22/2012 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 6/17/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,216.27 | $16,216.27 | $0.00 |

**For the period of 10/22/2012 to 6/17/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,216.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,216.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/22/2012 to 6/17/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,216.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,216.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,216.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,216.27 |
| Total Internal/Transfer Disbursements: | $0.00 |